UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| CHARLES AZIZ FARAG, SUSAN FARAG, ) | |
| JOHN F. LOGAN, and PNC BANK, ) | 5:15-CV-422-BO |
| ) | |
| Defendants, ) | |
| ) | |
| AMH ROMAN TWO, NC, LLC, ) | |
| ) | |
| Interested Party. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the order of the Bankruptcy Court on appeal in this matter is AFFIRMED.

**This judgment filed and entered on May 18, 2016, and served on:**

Benjamin W. Smith (via US Mail to 1115 Hillsborough St., Raleigh, NC 27603)

John T. Benjamin, Jr. (via CM/ECF NEF)

William E. Hubbard (via CM/ECF NEF)

John T. Orcutt (via US Mail to 6616-203 Six Forks Rd., Raleigh, NC 27615)

John F. Logan (via US Mail to PO Box 61039, Raleigh NC, 27661)

Ronald Hill Garber (via CM/ECF NEF)

Edwin L West, III (via CM/ECF NEF)

Clinton Shepperd Morse (via CM/ECF NEF)

Clerk of Court Stephanie J. Edmondson (via email to ncebml_appeal@nceb.uscourts.gov)

JULIE RICHARDS JOHNSTON, CLERK

May 18, 2016

By: Deputy Clerk